Law Offices of Robert F. Brennan, APC
Robert F. Brennan, Esq SBN 132449
6708 Foothill Blvd. , Suite 101
Tujunga, CA  91042


Representing: Plaintiff


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristin Harrison ) | Case No. 2:25-cv-8670 |
| **Plaintiff,** ) | |
| ) | Proof of Service of: |
| vs. ) | Summons, Complaint, Civil Cover Sheet, Certification and |
| ) | Notice of Interested Parties |
| Essex Property Trust, Inc., et al. ) | |
| **Defendants.** ) | Service on: |
| ) | TRANS UNION, LLC., is a business entity |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:


PROOF OF SERVICE

Order # 26321204

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Offices of Robert F. Brennan, APC<br>Robert F. Brennan, Esq SBN 132449<br>6708 Foothill Blvd. Suite 101<br>Tujunga, CA 91042<br>TELEPHONE NO: 8182495291   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: rbrennan@brennanlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - Edward R. Roybal Federal Bldg<br>255 E. Temple St<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:   Kristin Harrison<br>DEFENDANT / RESPONDENT:   Essex Property Trust, Inc., et al. | CASE NUMBER:<br>2:25-cv-8670 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14174770 (26321204) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties

2. Party Served:             TRANS UNION, LLC., is a business entity

3. Person Served:           Corporation Service Company (CSC) - Koy Saechao - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: September 18, 2025 at 1:31 pm PDT

5. Address, City and State: 2710 Gateway Oaks Dr Suite 150N Sacramento, CA, 95833

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for service: $45.00

Registered California process server.
Brandon Ortiz
County: Sacramento
Registration No.: 2012-037

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Brandon Ortiz*

Brandon Ortiz

Date: September 19, 2025

**PROOF OF SERVICE**

1 of 1
Order #26321204