JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN HARRISON,<br>Plaintiff,<br>v.<br>ESSEX PROPERTY TRUST, INC., et al.,<br>Defendants. | Case No. CV 25-8670-MWF(ASx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT ESSEX PROPERTY TRUST, INC. |

The Court has considered the parties' Stipulation of Dismissal with Prejudice of Defendant Essex Property Trust, Inc. *Only* (the "Stipulation"). (Docket No. 36). For good cause shown, the Stipulation is GRANTED. The claims and causes of action asserted in this matter by Plaintiff Kristin Harrison against Defendant Essex Property Trust, Inc. *only* are DISMISSED with prejudice. This action is now closed.

IT IS SO ORDERED.

Dated: July 23, 2026

MICHAEL W. FITZGERALD
United States District Judge